```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  DAVID K. LEWIS,                  )   NO. CV 09-3201-DOC(E)
                                     )
12             Petitioner,           )
                                     )
13         v.                        )   JUDGMENT
                                     )
14  CDC&R DIRECTOR/KVSP WARDEN,      )
                                     )
15             Respondent.           )
    _____)
16
17
18       Pursuant to the "Order of Dismissal,"
19
20       IT IS ADJUDGED that the Petition is denied and dismissed
21  without prejudice.
22
23          DATED: May 18, 2009.
24
25
                        _____
26                              DAVID O. CARTER
27                        UNITED STATES DISTRICT JUDGE
28
```